

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-20-00455-CV

Paul A. **STRATHOPOLOUS**,
Appellant

v.

Julia **ARMSTRONG**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI10593
Honorable Rosie Alvarado, Judge Presiding

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
            Irene Rios Justice
            Beth Watkins, Justice

Delivered and Filed: February 10, 2021

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal.
*See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties
regarding the assessment of costs, we order all costs of the appeal assessed against appellant. *See*
TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM